

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON, CLERK                                      (312)435-5698

June 11, 2015

**California Northern District Court**
Richard W. Wieking, Clerk of Court
Phillip Burton Federal Building
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

Dear Clerk:

**Re: MDL 2619 In Re: Herbal Supplements Marketing and Sales Practices Litigation-Transfer Request,**
**Your Case no. 5:15-00556 De La Torre v. Walgreen Co., Our Case no. 15cv5075**
**Your Case no. 3:15-00542 Taketa, et al. v. Wal-Mart Stores, Inc., Our Case no. 15cv5084**
**Your Case no. 5:15-00557 De La Torre, et al v. Wal-Mart Stores, Inc., Our Case no. 15cv5085**
**Your Case no. 5:15-00561 De La Torre, et al. v. GNC Holdings, Inc. et al, Our Case no. 15cv5105**
**Your Case no. 5:15-00635 Farrell v. Target Corporation, Our Case no. 15cv5112**
**Your Case no. 5:15-00568 Barber v. Target Corporation, Our Case no. 15cv5113**
**Your Case no. 5:15-00559 De La Torre, et al. v. Target Corporation, et al. Our Case no. 15cv5114**

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge John W. Darrah.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

                                   Sincerely,

                                   Thomas G. Bruton
                                   Clerk
                          By:    /s/ Melissa Rivera
                                   Deputy Clerk