

**Re: 5:15-cv-00568-EJD Barber v. Target Corporation, a Minnesota Corporation**

ECFHELPDESK    to: Cindy Hernandez                                06/12/2015 01:53 PM
Sent by: Erik Nielsen

| | |
|---|---|
| From: | ECFHELPDESK/CAND/09/USCOURTS |
| To: | Cindy Hernandez/CAND/09/USCOURTS@USCOURTS |
| Sent by: | Erik Nielsen/CAND/09/USCOURTS |

**Extracting Case Data ...**

Sending e-mail to InterdistrictTransfer_ILND@ilnd.uscourts.gov

**... Extraction Completed**

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

---

Cindy Hernandez    Please transfer case pursuant to MDL TRANSFE...    06/11/2015 05:41:04 PM

| | |
|---|---|
| From: | Cindy Hernandez/CAND/09/USCOURTS |
| To: | ECFHELPDESK/CAND/09/USCOURTS@USCOURTS |
| Date: | 06/11/2015 05:41 PM |
| Subject: | 5:15-cv-00568-EJD Barber v. Target Corporation, a Minnesota Corporation |

Please transfer case pursuant to MDL TRANSFER ORDER  posted on 6/11/15
 to the Northern District of Illinois, Eastern Division

usdc_ecf_ilnd@ilnd.uscourts.gov

Thank You
Cindy